UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO.: 1:18-CR-4-TLS-PRC |
| ) | |
| DAVID P. RINDERLE JR., ) | |
| Defendant. ) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE**
**UPON PLEA OF GUILTY BY DEFENDANT DAVID P. RINDERLE JR.**

TO:   THE HONORABLE THERESA L. SPRINGMANN,
      UNITED STATES DISTRICT COURT

Upon Defendant David P. Rinderle Jr.'s request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on April 16, 2018, with the consent of Defendant David P. Rinderle Jr., counsel for Defendant David P. Rinderle Jr., and counsel for the United States of America.

The hearing on Defendant David P. Rinderle Jr.'s plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by David P. Rinderle Jr. under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant David P. Rinderle Jr.,

I FIND as follows:

(1) that Defendant David P. Rinderle Jr. understands the nature of the charge against him to which the plea is offered;

(2) that Defendant David P. Rinderle Jr. understands his right to trial by jury, to persist in his

plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and against compelled self-incrimination;

(3) that Defendant David P. Rinderle Jr. understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant David P. Rinderle Jr. understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant David P. Rinderle Jr. has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant David P. Rinderle Jr. is competent to plead guilty;

(6) that Defendant David P. Rinderle Jr. understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant David P. Rinderle Jr.'s plea; and further,

I RECOMMEND that the Court accept Defendant David P. Rinderle Jr.'s plea of guilty to the offense charged in Count 1 of the Indictment and that Defendant David P. Rinderle Jr. be adjudged guilty of the offense charged in Count 1 of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Defendant David P. Rinderle Jr. be adjudged guilty, a sentencing date before the presiding judge will be set by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen days. 28 U.S.C. § 636(b)(1).

SO ORDERED this 16th day of April, 2018.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT

cc:   Honorable Theresa L. Springmann